UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ADAMS, JR., STEPHEN JONES, JOHN CLAY, ROSE BAYLOR, KENNETH RUSSELL, and ZETTA YARBOROUGH, et. al.<br>Plaintiffs,<br>vs.<br>PINOLE POINT STEEL COMPANY, MARWAIS STEEL COMPANY, and COLORSTRIP DIVISION,<br>Defendants.<br>_____ / | No. C-92-1962 MHP<br><br>**JUDGMENT**<br><br>**Fed.R.Civ.P. 58** |

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Court Judge presiding, and the issues having been tried without a jury and a memorandum and order having been issued on the merits with respect to all claims of hostile work environment based on race, all other issues having been resolved without trial,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiffs recover nothing on the claims tried to the court and the action be dismissed on the merits of those claims, each party to bear its own costs and fees.

IT IS FURTHER ORDERED AND ADJUDGED that all claims in this action having been adjudicated or resolved judgment be entered under Federal Rule of Civil Procedure 58.

Dated: September 26, 2012

MARILYN HALL PATEL
United States District Judge